FILED 08 FEB 04 11:44 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

LENA GRIGORIAN,

                Petitioner,

vs.

MICHAEL B. MUKASEY, Attorney General of the United States, ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation, MICHAEL A. CANNON Chief, National Namecheck Section of the Federal Bureau of Investigation, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, WILLIAM McNAMEE, District Director, United States Citizenship and Immigration Services,

                Respondents.

Civil Case No. CV 07-1876-PK

Agency # A 47-204-224

**ORDER OF REMAND WITH INSTRUCTIONS**

Based on the joint motion of the parties and the files and records in the case, it is HEREBY ORDERED AND ADJUDGED as follows.

1.    This matter shall be remanded to the USCIS Respondents with instructions to adjudicate Petitioner's Application for Naturalization, Immigration Form N-400, and, if the application is approved, swear in Petitioner as a citizen of the United States within 60 days of the date of the order of remand.

2.    If, for whatever reason, Petitioner's Application for Naturalization, Immigration Form N-400, is not adjudicated within 60 days from the date of the order of remand, this Court shall retain jurisdiction to review the matter.

3.  All parties waive their rights to appeal this order of remand.

4.  This order of remand shall be without prejudice to the right of Petitioner to apply for attorney fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and related sections, against the Respondents.

Dated this 4th day of February, 2008.

_____
HONORABLE PAUL PAPAK
United States Magistrate Judge

Page 2    Order Of Remand With Instructions
         *Grigorian v. Mukasey, et al*, CV 07-1876-PK